IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CAITRIONA BRADY** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 21-2252** |
| | : | |
| **THE MIDDLE EAST FORUM,** | : | |
| **GREG ROMAN, and DANIEL PIPES** | : | |

# ORDER

**AND NOW**, this 28th day of October 2021, upon considering Defendants' Motion to dismiss (ECF Doc. No. 19), Plaintiff's Response (ECF Doc. No. 21), Defendants' Reply (ECF Doc. No. 22), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendants' Motion to dismiss (ECF Doc. No. 19) is **GRANTED in part and DENIED in part**:

1. We enjoy subject matter jurisdiction;

2. We dismiss Plaintiff's Pennsylvania and Philadelphia discrimination and retaliation claims without prejudice as barred by res judicata on the face of the complaint; and,

3. Defendants shall answer the remaining breach of contract claim no later than **November 12, 2021.**

_____
**KEARNEY, J.**